# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

**CHRISTOPHER JAMES LIVSEY**  PLAINTIFF

vs.                    Civil No. 4:17-cv-04078

**NANCY A. BERRYHILL**  DEFENDANT
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 26th day of September 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE